**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 366 EAL 2014
:
            Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
.ROBERT HALL, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.